UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT ANSON PUGH, | ) | No. CV 12-547 PA (FFM) |
| Petitioner, | ) ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| MARTIN BITER, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 20, 2012

PERCY ANDERSON
United States District Judge